UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Plaintiff-Appellee,<br><br>        v.<br><br>NOMURA HOLDING AMERICA INC.; NOMURA ASSET ACCEPTANCE CORPORATION; NOMURA HOME EQUITY LOAN, INC.; NOMURA CREDIT & CAPITAL, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC.; DAVID FINDLAY; JOHN MCCARTHY; JOHN P. GRAHAM; NATHAN GORIN; and DANTE LAROCCA,<br><br>        Defendants-Appellants. | 15-1827-cv(L)<br>15-1874-cv(CON) |

## STIPULATION FOR DEFERRED APPENDIX

The undersigned counsel for the parties below stipulate that a deferred appendix will be used in this appeal pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c).

Dated: October 13, 2015

By: /s/ Kathleen M. Sullivan

Kathleen M. Sullivan
Philippe Z. Selendy
Adam M. Abensohn
William B. Adams
Andrew R. Dunlap
Yelena Konanova
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff-Appellee
Federal Housing Finance Agency*

By: /s/ Thomas C. Rice

Thomas C. Rice
Andrew T. Frankel
Alan C. Turner
Craig S. Waldman
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, NY 10017

E. Joshua Rosenkranz
Kelsi Brown Corkran
Paul F. Rugani
Daniel A. Rubens
ORRICK, HERRINGTON, &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019

*Attorneys for Defendant-Appellant
RBS Securities Inc.*

By: /s/ David B. Tulchin

David B. Tulchin
Bruce E. Clark
Steven L. Holley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, Suite 700
Washington, D.C. 20006

*Attorneys for Defendants-Appellants
Nomura Holding America Inc., Nomura
Asset Acceptance Corporation, Nomura
Home Equity Loan, Inc., Nomura
Credit & Capital, Inc., Nomura
Securities International, Inc., David
Findlay, John McCarthy, John P.
Graham, Nathan Gorin, and N. Dante
LaRocca*