# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand and fifteen.

_____

Federal Housing Finance Agency, as Conservator for
the Federal National Mortgage Association and the
Federal Home Loan Mortgage Corporation,

    Plaintiff-Appellee,

    v.

Nomura Holding America, Inc.*,et al.,*

    Defendants-Appellants.
_____

**ORDER**

Docket Nos. 15-1872(L), 15-1874(con)

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

