# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand and fifteen,

Before:      Reena Raggi,
                         *Circuit Judge.*

_____

Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation,

Plaintiff - Appellee,

v.

Nomura Holding America, Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., RBS Securities, Inc., FKA Greenwich Capital Markets, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, N. Dante Larocca,

Defendants - Appellants.

_____

**ORDER**
Docket Nos. 15-1872(L)
                15-1874(con)

The Nomura Appellants renew their request for leave to file an oversized opening brief and an oversized reply brief. They specifically request permission to file an opening brief of up to 24,000 words and a reply brief of up to 10,000 words.

IT IS HEREBY ORDERED that the motion is granted in part. Appellants are permitted to file an opening brief of up to 24,000 words, however their request to file an oversized reply brief of up to 10,000 words is denied. As per the September 25, 2015 order, their reply brief must not exceed 8,000 words.

                                                             For the Court:
                                                             Catherine O'Hagan Wolfe,
                                                             Clerk of Court

